# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: BUILDERS ARCHITECTURAL PRODUCTS, IN §  Case No. 11-08573-ABG

§

§

Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $440,995.48 <br> *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $6,823.95 | Claims Discharged <br> Without Payment: $734,127.41 |
| Total Expenses of Administration: $2,706.31 | |

    3)  Total gross receipts of $ 9,530.26 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,530.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,866,180.76 | $2,933,090.38 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,706.31 | 2,706.31 | 2,706.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 23,450.00 | 23,450.00 | 6,823.95 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 717,501.36 | 717,501.36 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $6,609,838.43 | $3,676,748.05 | $9,530.26 |

4)  This case was originally filed under Chapter 7 on March 02, 2011. The case was pending for 65 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2016_____     By: _/s/JOHN E. GIERUM_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PNC Business Checking Acct - 46-4164-2642 Balanc | 1129-000 | 9,529.61 |
| Interest Income | 1270-000 | 0.65 |
| **TOTAL GROSS RECEIPTS** | | **$9,530.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Cole Taylor Bank | 4210-000 | N/A | 2,933,090.38 | 0.00 | 0.00 |
| 3 -2 | Cole Taylor Bank | 4210-000 | N/A | 2,933,090.38 | 2,933,090.38 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,866,180.76** | **$2,933,090.38** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 1,703.03 | 1,703.03 | 1,703.03 |
| JOHN E. GIERUM | 2200-000 | N/A | 46.85 | 46.85 | 46.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 18.28 | 18.28 | 18.28 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.92 | 13.92 | 13.92 |
| Rabobank, N.A. | 2600-000 | N/A | 12.16 | 12.16 | 12.16 |
| Rabobank, N.A. | 2600-000 | N/A | 12.57 | 12.57 | 12.57 |
| Rabobank, N.A. | 2600-000 | N/A | 13.85 | 13.85 | 13.85 |
| Rabobank, N.A. | 2600-000 | N/A | 13.39 | 13.39 | 13.39 |
| Rabobank, N.A. | 2600-000 | N/A | 12.08 | 12.08 | 12.08 |
| Rabobank, N.A. | 2600-000 | N/A | 14.22 | 14.22 | 14.22 |
| Rabobank, N.A. | 2600-000 | N/A | 12.90 | 12.90 | 12.90 |
| Rabobank, N.A. | 2600-000 | N/A | 12.46 | 12.46 | 12.46 |
| Rabobank, N.A. | 2600-000 | N/A | 14.16 | 14.16 | 14.16 |
| Rabobank, N.A. | 2600-000 | N/A | 11.99 | 11.99 | 11.99 |
| Rabobank, N.A. | 2600-000 | N/A | 14.11 | 14.11 | 14.11 |
| Rabobank, N.A. | 2600-000 | N/A | 13.24 | 13.24 | 13.24 |
| Rabobank, N.A. | 2600-000 | N/A | 11.94 | 11.94 | 11.94 |
| Rabobank, N.A. | 2600-000 | N/A | 12.34 | 12.34 | 12.34 |
| Rabobank, N.A. | 2600-000 | N/A | 13.60 | 13.60 | 13.60 |
| Rabobank, N.A. | 2600-000 | N/A | 12.72 | 12.72 | 12.72 |

| Rabobank, N.A. | 2600-000 | N/A | 12.28 | 12.28 | 12.28 |
| Rabobank, N.A. | 2600-000 | N/A | 13.96 | 13.96 | 13.96 |
| Rabobank, N.A. | 2600-000 | N/A | 12.25 | 12.25 | 12.25 |
| Rabobank, N.A. | 2600-000 | N/A | 13.50 | 13.50 | 13.50 |
| Rabobank, N.A. | 2600-000 | N/A | 13.05 | 13.05 | 13.05 |
| Rabobank, N.A. | 2600-000 | N/A | 11.35 | 11.35 | 11.35 |
| Rabobank, N.A. | 2600-000 | N/A | 14.28 | 14.28 | 14.28 |
| Rabobank, N.A. | 2600-000 | N/A | 12.58 | 12.58 | 12.58 |
| Rabobank, N.A. | 2600-000 | N/A | 11.72 | 11.72 | 11.72 |
| Rabobank, N.A. | 2600-000 | N/A | 13.37 | 13.37 | 13.37 |
| Rabobank, N.A. | 2600-000 | N/A | 12.51 | 12.51 | 12.51 |
| Rabobank, N.A. | 2600-000 | N/A | 12.08 | 12.08 | 12.08 |
| Rabobank, N.A. | 2600-000 | N/A | 13.31 | 13.31 | 13.31 |
| Rabobank, N.A. | 2600-000 | N/A | 12.87 | 12.87 | 12.87 |
| Rabobank, N.A. | 2600-000 | N/A | 12.02 | 12.02 | 12.02 |
| Rabobank, N.A. | 2600-000 | N/A | 13.25 | 13.25 | 13.25 |
| Rabobank, N.A. | 2600-000 | N/A | 12.40 | 12.40 | 12.40 |
| Rabobank, N.A. | 2600-000 | N/A | 11.97 | 11.97 | 11.97 |
| Rabobank, N.A. | 2600-000 | N/A | 13.61 | 13.61 | 13.61 |
| Rabobank, N.A. | 2600-000 | N/A | 11.91 | 11.91 | 11.91 |
| Rabobank, N.A. | 2600-000 | N/A | 11.89 | 11.89 | 11.89 |
| Rabobank, N.A. | 2600-000 | N/A | 13.50 | 13.50 | 13.50 |
| Rabobank, N.A. | 2600-000 | N/A | 11.84 | 11.84 | 11.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,706.31 | $2,706.31 | $2,706.31 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Blue Sky Architectural Metals | 5200-000 | N/A | 11,725.00 | 11,725.00 | 3,411.98 |
| 7P | Bruce Mather | 5200-000 | N/A | 11,725.00 | 11,725.00 | 3,411.97 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $23,450.00 | $23,450.00 | $6,823.95 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dickson Wright/Mariscal, Weeks | 7100-000 | N/A | 24,928.53 | 24,928.53 | 0.00 |
| 2 -2 | General Electric Capital Corp | 7100-000 | N/A | 11,194.95 | 11,194.95 | 0.00 |
| 4 | Stanley Access Tech | 7100-000 | N/A | 152,432.19 | 152,432.19 | 0.00 |
| 5U | Blue Sky Architectural Metals | 7100-000 | N/A | 2,191.70 | 2,191.70 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 705.60 | 705.60 | 0.00 |
| 7U | Bruce Mather | 7100-000 | N/A | 121,945.55 | 121,945.55 | 0.00 |
| 8 | International Fidelity | 7100-000 | N/A | 380,210.84 | 380,210.84 | 0.00 |
| 9 | Acuity | 7200-000 | N/A | 23,892.00 | 23,892.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $717,501.36 | $717,501.36 | $0.00 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-08573-ABG
**Case Name:** BUILDERS ARCHITECTURAL PRODUCTS, IN

**Period Ending:** 08/04/16

**Trustee:** (520171)   JOHN E. GIERUM
**Filed (f) or Converted (c):** 03/02/11 (f)
**§341(a) Meeting Date:** 04/25/11
**Claims Bar Date:** 07/27/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PNC Business Checking Acct - 46-4164-2642 Balanc<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 8,576.85 | 8,576.85 | | 9,529.61 | FA |
| 2 | Hillside Services/Promissory Note - 505 N. State<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 169,587.65 | 0.00 | | 0.00 | FA |
| 3 | James McHugh Construction - 600 N. Lake Shore Dr<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 50,000.00 | 0.00 | | 0.00 | FA |
| 4 | University of Nebraska Job<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 3,089.26 | 0.00 | | 0.00 | FA |
| 5 | Walsh Jobs a. Kenmore Senior Housing Renovation<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 213,668.57 | 0.00 | | 0.00 | FA |
| 6 | 1999 Ford Model E 250 Van: VIN:<br>1FTPE2420XHA3187<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2001 Isuzu NPR Glass Truck - VIN:<br>4KLC4B1R91J805<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Desks/Chairs, Computers, Monitors, Drafting Tabl<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | OCE Large Format Printer/Scanner<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Fork Lift - 35 years old Located at 2850 W. Fult<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Rolling Cart At Old Main Post Office, Chicago, I<br>  Orig. Asset Memo: Imported from original petition | 50.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-08573-ABG

**Case Name:** BUILDERS ARCHITECTURAL PRODUCTS, IN

**Period Ending:** 08/04/16

**Trustee:** (520171)   JOHN E. GIERUM

**Filed (f) or Converted (c):** 03/02/11 (f)

**§341(a) Meeting Date:** 04/25/11

**Claims Bar Date:** 07/27/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 9 | | | | | |
| 12 | Various Tools, Fasteners, etc. Located at Old M<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | Possible Claim excess attorney fees  (u) | 0.00 | 10,000.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.65 | Unknown |
| **14** | **Assets    Totals** (Excluding unknown values) | **$449,572.33** | **$18,576.85** | | **$9,530.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

Processing claims objections to facilitate TFR.

12/15 processing claim objections to allow for TFR, anticipated claim objections to be completed spring 2016, TFR in the summer.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    September 30, 2016

Exhibit 9

# Form 2
Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-08573-ABG | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | BUILDERS ARCHITECTURAL PRODUCTS, IN | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******41-65 - Checking Account |
| Taxpayer ID #: | **-***5705 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/04/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/11 | {1} | Builders Architectural, Inc. | Bank Account Balance | 1129-000 | 9,529.61 | | 9,529.61 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,529.67 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,529.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,529.82 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.28 | 9,511.54 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,511.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,486.62 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,486.69 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,461.69 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,461.77 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,436.77 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,436.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,411.84 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,411.91 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,386.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,386.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,361.98 |
| 02/07/12 | | To Account #*********4166 | TRANSFER OF FUNDS | 9999-000 | | 8.51 | 9,353.47 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,328.47 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,303.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,278.47 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,253.47 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,228.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,203.47 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,178.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,153.47 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,128.47 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,103.47 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,078.47 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001052017188<br>20130103 | 9999-000 | | 9,078.47 | 0.00 |

| | | | ACCOUNT TOTALS | | 9,530.26 | 9,530.26 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,086.98 | |
| | | | **Subtotal** | | **9,530.26** | **443.28** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,530.26** | **$443.28** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-08573-ABG | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | BUILDERS ARCHITECTURAL PRODUCTS, IN | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-*****41-66 - Checking Account |
| Taxpayer ID #: | **-***5705 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/04/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/12 | | From Account #*********4165 | TRANSFER OF FUNDS | 9999-000 | 8.51 | | 8.51 |
| 02/10/12 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #11-08573, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 8.51 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 8.51 | 8.51 | $0.00 |
| Less: Bank Transfers | 8.51 | 0.00 |
| **Subtotal** | 0.00 | 8.51 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$8.51** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-08573-ABG | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | BUILDERS ARCHITECTURAL PRODUCTS, IN | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8065 - Checking Account |
| Taxpayer ID #: | **-***5705 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/04/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,078.47 | | 9,078.47 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.92 | 9,064.55 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #11-08573, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 10.05 | 9,054.50 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.16 | 9,042.34 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.57 | 9,029.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 9,015.92 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.39 | 9,002.53 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.08 | 8,990.45 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.22 | 8,976.23 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.90 | 8,963.33 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.46 | 8,950.87 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 8,936.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.99 | 8,924.72 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.11 | 8,910.61 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.24 | 8,897.37 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.94 | 8,885.43 |
| 03/04/14 | 11002 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #11-08573, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 8.22 | 8,877.21 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.34 | 8,864.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 8,851.27 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.72 | 8,838.55 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.28 | 8,826.27 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.96 | 8,812.31 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.25 | 8,800.06 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.50 | 8,786.56 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.05 | 8,773.51 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.35 | 8,762.16 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.28 | 8,747.88 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.58 | 8,735.30 |
| 02/18/15 | 11003 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE | 2200-000 | | 6.20 | 8,729.10 |

| | | | Subtotals : | | $9,078.47 | $349.37 | |

{} Asset reference(s)

Printed: 08/04/2016 04:38 PM   V.13.28

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-08573-ABG | |
| **Case Name:** | BUILDERS ARCHITECTURAL PRODUCTS, IN | |
| **Taxpayer ID #:** | **-***5705 | |
| **Period Ending:** | 08/04/16 | |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8065 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11-08573, Reimbursement for Blanket Bond No. 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.72 | 8,717.38 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.37 | 8,704.01 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.51 | 8,691.50 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.08 | 8,679.42 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.31 | 8,666.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.87 | 8,653.24 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.02 | 8,641.22 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.25 | 8,627.97 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.40 | 8,615.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 8,603.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.61 | 8,589.99 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.91 | 8,578.08 |
| 02/12/16 | 11004 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #11-08573, Bond premium - 2-01-16 to 2-01-17 | 2200-000 | | 5.77 | 8,572.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.89 | 8,560.42 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.50 | 8,546.92 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.84 | 8,535.08 |
| 07/12/16 | 11005 | JOHN E. GIERUM | Dividend paid 100.00% on $1,703.03, Trustee Compensation; Reference: | 2100-000 | | 1,703.03 | 6,832.05 |
| 07/12/16 | 11006 | JOHN E. GIERUM | Dividend paid 100.00% on $46.85, Trustee Expenses; Reference: | 2200-000 | | 8.10 | 6,823.95 |
| 07/12/16 | 11007 | Blue Sky Architectural Metals | First and Final Distribution | 5200-000 | | 3,411.98 | 3,411.97 |
| 07/12/16 | 11008 | Bruce Mather | First and Final Distribution | 5200-000 | | 3,411.97 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,078.47 | 9,078.47 | $0.00 |
| Less: Bank Transfers | 9,078.47 | 0.00 | |
| **Subtotal** | 0.00 | 9,078.47 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $9,078.47 | |

Printed: 08/04/2016 04:38 PM V.13.28

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-08573-ABG |
| Case Name: | BUILDERS ARCHITECTURAL PRODUCTS, IN |
| Taxpayer ID #: | **-***5705 |
| Period Ending: | 08/04/16 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******8066 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******41-65 | 9,530.26 | 443.28 | 0.00 |
| Checking # ****-******41-66 | 0.00 | 8.51 | 0.00 |
| Checking # ******8065 | 0.00 | 9,078.47 | 0.00 |
| Checking # ******8066 | 0.00 | 0.00 | 0.00 |
| | $9,530.26 | $9,530.26 | $0.00 |

{} Asset reference(s)

Printed: 08/04/2016 04:38 PM    V.13.28